**FILED**

**JUDGMENT ENTERED**

_____Sept. 21, 2005_____
                                    **Date**

by _____G. Lucas_____

**Deputy Clerk**

**U.S. District Court**
**Eastern District of California**

__X____  **FILE CLOSED**

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

FULGENCIO FUNDORA,

**JUDGMENT IN A CIVIL ACTION**

vs.

CV-F-05-0066 OWW/DLB P

L. CHROMES, et al.,

_____/

      The Findings and Recommendations issued by the Magistrate Judge on May 20, 2005, are hereby adopted in full, and

      IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed for failure to state a claim upon which relief may be granted.

DATED:

                 JACK L. WAGNER, Clerk

            By:  /s/ GREG LUCAS
                   Deputy Clerk